IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN JOSEPH SIMMONS,

    Petitioner,  No. CIV S-06-0101 FCD JFM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Respondent.  <u>ORDER</u>

    /

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

    Petitioner is incarcerated in Monterey County and was convicted in Los Angeles County. Los Angeles County is in an area embraced by the United States District Court for the Central District of California.

    Accordingly, IT IS HEREBY ORDERED that:

    1. This court has not ruled on petitioner's request to proceed in forma pauperis;

/////

/////

1

1       2. This matter is transferred to the United States District Court for the Central
2 District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).
3 DATED: January 24, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/001;mp
simm0101.108b